UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:24-CR-00277-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER TO SEAL** |
| ) | |
| TAMIKA ROCHAELLE AUTRY ) | |

Upon motion of the United States, it is hereby ORDERED that docket entry number 46 be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a filed copy of the Motion and a signed copy of the Order to the United States Attorney's Office.

IT IS SO ORDERED, this the **29** day of September, 2025.

_____
JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE